

U.S. Department of Justice

United States Attorney
Eastern District of New York

271 Cadman Plaza East
Brooklyn, New York 11201

September 21, 2018

**By ECF**

Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *Rodriguez, et al. v. Betsy DeVos, et al.*
  Consolidated Case Nos. 16-cv-5476 and 17-cv-1778 (NGG) (RER)

Dear Judge Reyes:

This Office represents Defendants Betsy DeVos, in her capacity as Secretary of the Department of Education; Steven Mnuchin, in his capacity as Secretary of the Department of Treasury; Jeff Sessions, in his capacity as Attorney General of the United States; and Nancy Berryhill, in her capacity as Commissioner of the Social Security Administration. Pursuant to the Court's Schedule to submit a status report, we write to advise that the parties have reached an agreement in principle to resolve this matter without further judicial intervention. The parties are working to finalize certain outstanding issues, and anticipate it will take approximately sixty days to do so. Accordingly, the parties respectfully request that the Court provide the parties with sixty days to file a stipulation of dismissal.

We appreciate the Court's continued attention to this matter.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:  */s/ Matthew J. Mailloux*
  Matthew J. Mailloux
  Assistant U.S. Attorney
  (718) 254-6176
  matthew.mailloux@usdoj.gov

cc:  Johnson, Tyler (by ECF)
  *Counsel for Plaintiffs*