

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

HECTOR RODRIGUEZ, MANUEL ROBERTS,
ARMA BAILEY, KATHY LIRIANO,
JOHN MILAS, CLAUDIA CORT,
FERMINA SOTO, MARSHALL LEE, and
LINDA CARASQUILLO,

               Plaintiffs,

      -Against-

BETSY DeVOS, in her capacity as Secretary of the
Department of Education; STEVEN MNUCHIN, in
his capacity as Secretary of the Department of
Treasury; JEFF SESSIONS, in his capacity as
Attorney General of the United States; and NANCY
BERRYHILL, in her capacity as Acting
Commissioner of the Social Security Administration,

              Defendants.

Case Nos. 16-cv-05476
and 17-cv-01778

(Garaufis, J.)

(Reyes, Jr., M.J.)

**STIPULATION AND
DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-caption actions that:

1.    This action shall be dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

2.    The Clerk of the Court is directed to enter judgment accordingly.

Dated: Brooklyn, New York
      May 28, 2019

                Brooklyn Legal Services
                105 Court Street
                Brooklyn, New York 11201

              By:    __/s/Johnson M. Tyler_____
                        JOHNSON M. TYLER
                        DANIEL BARKLEY
                        *Counsel for the Plaintiffs*

Dated: Brooklyn, New York
      May 28, 2019

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York
*Attorney for Defendants*
271 Cadman Plaza East
Brooklyn, New York 11201

By: __ /s/ *Matthew J. Mailloux*__
    MATTHEW J. MAILLOUX
    Assistant U.S. Attorney
    (718) 254-6176
    matthew.mailloux@usdoj.gov

SO ORDERED this

28th day of __May__, 2019

s/Nicholas G. Garaufis

_____

HONORABLE NICHOLAS G. GARAUFIS
United States District Judge

2